McCORMACK v. CODDINGTON et [al.] (Supreme Court, Appellate Division, First [De]partment. January 22, 1906.) Action by A[...]

cCormack against Charles E. Coddington and hers. No opinion. Motion granted. Questions certified as stated in memorandum.